Richard G. Grotch, Esq. – SBN 127713
Alisha A. Beltramo, Esq. – SBN 267423
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California  94065-2133
Telephone: (650) 592-5400
Facsimile:  (650) 592-5027
E-mail:  rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
US AIRWAYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JING FANG WANG,<br><br>          Plaintiff,<br><br>vs.<br><br>US AIRWAYS, INC. and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.   C 11-2540 PSG<br><br>STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

WHEREAS the above-captioned case was removed to this Court on May 25, 2011; and

WHEREAS an order, *inter alia*, setting an initial case management conference for August 16, 2011 (ECF Dkt. 4); and

WHEREAS on May 26, 2011, the Court's Clerk gave notice that the initial case management conference had been reset to Tuesday, June 14, 2011, at 2:00 p.m. (ECF Dkt. 5); and

WHEREAS counsel for defendant US Airways, Inc. ("US Airways") anticipates he will be in trial on June 14, 2011, and is unavailable on the two successive Tuesdays (June 21 and June 28); and

WHEREAS counsel for defendant US Airways is advised that the Court is able to accommodate and conduct a case management conference in this case on July 5, 2011;

///

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

1

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED by and between JING FANG WANG, plaintiff *pro se* and defendant US Airways, through its counsel of record, that the Court be requested to enter an order:

1.     Continuing the initial case management conference in this case from June 14, 2011, at 2:00 p.m., to **July 5, 2011, at 2:00 p.m.**, in Courtroom 5 of the above-referenced Court;

2.     Requiring  the parties to submit a joint case management conference statement by no later than Tuesday, June 28, 2011; and

3.     Requiring each party who has not already done so shall file either a "Consent to proceed before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment" by no later than Tuesday, June 7, 2011, consistent with the Clerk's notice (ECF Dkt. 5).

SO STIPULATED.

Dated:  May 27, 2011

By: _____
　　　　Jing Fang Wang
　　　　Plaintiff Pro Se

Dated:  June 3, 2011　　　　　　　　　CODDINGTON, HICKS & DANFORTH

　　　　　　　　　　　　　　　　　/s/ *Richard G. Grotch*

By: _____
　　　　Richard G. Grotch
　　　　Attorneys for Defendant
　　　　US Airways, Inc.

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated:  June _7_, 2011

_____
Honorable Paul Singh Grewal
United States Magistrate Judge

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

1      IT IS HEREBY STIPULATED by and between JING FANG WANG, plaintiff *pro se* and

2  defendant US Airways, through its counsel of record, that the Court be requested to enter an order:

3      1.    Continuing the initial case management conference in this case from June 14, 2011, at 2:00

4  p.m., to July 5, 2011, at 2:00 p.m., in Courtroom 5 of the above-referenced Court;

5

6      2.    Requiring the parties to submit a joint case management conference statement by no later

7  than Tuesday, June 28, 2011; and

8      3.    Requiring each party who has not already done so shall file either a "Consent to proceed

9  before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States

10 Magistrate Judge and Request for Reassignment" by no later than Tuesday, June 7, 2011, consistent with

11 the Clerk's notice (ECF Dkt. 5).

12     SO STIPULATED.

13 Dated: May 27, 2011

14                                    By: _____  5/31/2011

15                                      Jing Fang Wang

16                                      Plaintiff Pro Se

17 Dated: May 27, 2011                   CODDINGTON, HICKS & DANFORTH

18

19

20                                    By: _____

21                                      Richard G. Grotch

22                                      Attorneys for Defendant
                                   US Airways, Inc.

23                         ORDER

24     Pursuant to Stipulation, IT IS SO ORDERED.

25 Dated: _____, 2011

26

27                                  _____
                                 Honorable Paul Singh Grewal

28                                  United States Magistrate Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE