UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JING FANG WANG,<br><br>          Plaintiff,<br><br>     v.<br><br>U.S. AIRWAYS, INC.,<br><br>          Defendants. | Case No.: C 11-2540 PSG<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

On August 15, 2011, the parties appeared for an Alternative Dispute Resolution ("ADR") phone conference. Based on the positions and preferences of the parties, the court hereby REFERS this case to a magistrate judge settlement conference. The parties are to contact the chambers of the Honorable Howard R. Lloyd to make further arrangements.

IT IS SO ORDERED.

Dated: September 22, 2011

                                             _____
                                             PAUL S. GREWAL
                                             United States Magistrate Judge

ORDER, *page 1*

1
2
3 | *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*
4
5 | copies mailed on             to:
6 | Plaintiff's Attorney's Name, Esq.
  | Address
7
8
9 |                                    _____
  |                                    OSCAR RIVERA
  |                                    Courtroom Deputy
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28