UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JING FANG WANG, | Case No.: C 11-2540 PSG |
| Plaintiff, | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| U.S. AIRWAYS, INC., | |
| Defendants. | |

On August 15, 2011, the parties appeared for an Alternative Dispute Resolution ("ADR") phone conference. Based on the positions and preferences of the parties, the court hereby REFERS this case to a magistrate judge settlement conference. The parties are to contact the chambers of the Honorable Howard R. Lloyd to make further arrangements.

IT IS SO ORDERED.

Dated: September 22, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

<u>copies mailed on             to:</u>

Plaintiff's Attorney's Name, Esq.
Address

_____
OSCAR RIVERA
Courtroom Deputy