**\*E-FILED 12-06-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JING FANG WANG,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. AIRWAYS, INC.,<br><br>    Defendant. | No. C11-02540 PSG<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST TO CONTINUE SETTLEMENT CONFERENCE** |

Plaintiff having advised that she plans on attending the December 8, 2011 settlement conference after all, the prior request for a continuance of that conference is denied as moot. Plaintiff shall lodge her settlement conference papers with the undersigned's chambers forthwith.

SO ORDERED.

Dated: December 6, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-02540-PSG Notice has been electronically mailed to:

Alisha Amelia Beltramo     abeltramo@chdlawyers.com, echavarria@chdlawyers.com

Richard Grotch     rgrotch@chdlawyers.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:11-cv-02540-PSG Notice sent by U.S. Mail to:

Jing Fang Wang
836 Jefferson Street
Santa Clara, CA 95050

    Pro Se Plaintiff