**United States District Court**
For the Northern District of California

*E-FILED 12-06-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JING FANG WANG,  
      Plaintiff,  
  v.  
U.S. AIRWAYS, INC.,  
      Defendant.  
_____/

No. C11-02540 PSG

**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiff having advised that she plans on attending the December 8, 2011 settlement conference after all, the prior request for a continuance of that conference is denied as moot. Plaintiff shall lodge her settlement conference papers with the undersigned's chambers forthwith.

SO ORDERED.

Dated: December 6, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-02540-PSG Notice has been electronically mailed to:

2  Alisha Amelia Beltramo    abeltramo@chdlawyers.com, echavarria@chdlawyers.com

3  Richard Grotch    rgrotch@chdlawyers.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5

6  5:11-cv-02540-PSG Notice sent by U.S. Mail to:

7  Jing Fang Wang
836 Jefferson Street
8  Santa Clara, CA 95050

9      Pro Se Plaintiff

2