Richard G. Grotch, Esq. – SBN 127713
Gina J. Allendorf, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone: (650) 592-5400
Facsimile:  (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
US AIRWAYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JING FANG WANG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>US AIRWAYS, INC. and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.  C 11-2540 PSG (HRL)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>Honorable Paul S. Grewal<br>United States Magistrate Judge |

IT IS HEREBY STIPULATED by and between plaintiff TIFFANY WANG (f/k/a JING FANG WANG) and defendant US AIRWAYS, INC. ("US Airways"), that plaintiff's claims, and each of them, against US Airways, be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs of suit.

SO STIPULATED.

Dated: December 13th, 2011

By: _____
Tiffany Wang
Plaintiff Pro Se

DINGTON, HICKS
ANFORTH
ofessional Corp., Lawyers
win Dolphin Drive, #300
ood City, CA  94065
592-5400

STIPULATION AND PROPOSED ORDER OF DISMISSAL

1

Dated:  December  19, 2011

By: /s/ *Richard G. Grotch*
Richard G. Grotch
Attorney for Defendant
US Airways, Inc.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: December _20_, 2011

Honorable Paul S. Grewal
United States Magistrate Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

2

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL