1  Richard G. Grotch, Esq. – SBN 127713
   Gina J. Allendorf, Esq. – SBN 203809
2  **CODDINGTON, HICKS & DANFORTH**
   A Professional Corporation, Lawyers
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Telephone: (650) 592-5400
   Facsimile:  (650) 592-5027
5  E-mail: rgrotch@chdlawyers.com

6  **ATTORNEYS FOR** Defendant
   US AIRWAYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JING FANG WANG,<br><br>             Plaintiff,<br><br>vs.<br><br>US AIRWAYS, INC. and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.  C 11-2540 PSG (HRL)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>Honorable Paul S. Grewal<br>United States Magistrate Judge |

IT IS HEREBY STIPULATED by and between plaintiff TIFFANY WANG (f/k/a JING FANG WANG) and defendant US AIRWAYS, INC. ("US Airways"), that plaintiff's claims, and each of them, against US Airways, be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs of suit.

SO STIPULATED.

Dated: December 13th, 2011

By: _____
Tiffany Wang
Plaintiff Pro Se

1

STIPULATION AND PROPOSED ORDER OF DISMISSAL

Dated: December 19, 2011

By: /s/ *Richard G. Grotch*
Richard G. Grotch
Attorney for Defendant
US Airways, Inc.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: December _20_, 2011

Honorable Paul S. Grewal
United States Magistrate Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL